# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 10 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Robert W. Ware,  )
                 )
       Plaintiff )
                 )
       vs.       )    Case No. _____
                 )    (*The case number will be assigned by the clerk*)
Cody Followel    )
Bryan McCall     )
Mitchell Filarski)
Jeff Linden      )
Tayor Hallatt    )
Nicholas Vanwaes )
Anna Legner      )
Hunter Clark   , )
                 )
    Defendant(s) )

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

- ☑ 42 U.S.C. §1983 (state, county or municipal defendants)

- ☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

- ☐ Other federal law: _____

- ☑ Unknown _____

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# United States District Court
## Central District of Illinois

Robert W. Ware
    Plaintiff

vs.

McLean County
David Fitt
Jon Sandage
Don Knapp
Bloomington Police Department
States Attorney Office

Defendant(s)

## Complaint*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Robert W. Ware

Prison Identification Number: 130261083

Current address: 104 W Front St Bloomington IL 61701

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Cody Followell

Current Job Title: Police officer

Current Work Address: Bloomington IL, Police Department

Defendant #2:

Full Name: Bryan Mccall

Current Job Title: Police officer

Current Work Address: Bloomington IL, Police Department

Defendant #3:

Full Name: Mitchell Filarski

2

Defendant #6
Full name: Nicholas Vanwaes
Current work Title: Police officer
Current work address: Bloomington IL, Police Department

Defendant #7
Full Name: Anna legner
Current work title: Police office
Current work address: Bloomington IL, Police Department

Defendant #8
Full name: Hunter Clark
Current work Title: Police officer
Current work address: Bloomington IL, Police Department

Defendant #9
 First name: Jon Sandage
 Current work title McLean County Sheriff
 Current work address 104 w Front St
    Bloomington IL, 61701

Defendant #10
 First name Don Knapp
 Current work title States Attorney McLean County
 Current work address 104 w Front St
    Bloomington IL, 61701

Defendant #11
 First Name Bloomington Police Department
 Current work title _____
 Current work address _____

Defendant #12
 First Name Todd McClusky
 Current work title Sergeant
 Current work address Bloomington

Defendant #13
Full Name: Mclean County

Current Work title _____

Current Work address _____


Defendant #14
Full Name: States Attorneys office Mckean county
Current Work title _____
Current Work address _____


Defendant
Full Name _____
Current Work title _____
Current Work address _____

Current Job Title: _____

Current Work Address: Bloomington IL, Police Department

Defendant #4:

Full Name: Jeff Linden

Current Job Title: _____

Current Work Address: Bloomington IL, Police Department

Defendant #5:

Full Name: Taylor Hallatt

Current Job Title: _____

Current Work Address: Bloomington Illinois Police Department

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
   _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐   No ☐   I was told to tell my family file a complaint

   If your answer is no, explain why not There is no Grievance process for this complaint at my institution. My Institution wont even file a complaint I've asked over a month!

C. Is the grievance process completed?   Yes ☐   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  2200 E. Washington Ste Bloomington IL, 61701
                           302 N Morris Ave. Bloomington IL 61701

Date(s) of the occurrence  November 29, 2020

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

① Officer Cody Followell - BDP TD 12415 followed me for 5 blocks me not knowing. Turned on lights a block or so behind me. I pulled into a parking lot I got out to see if it's us the lights were for. He pulled guns out then he hand cuffed me behind my back for over 4 hrs. Till my wrist and finger tips are numb to this current date. Held me against my will over 4 hrs questioning me constantly refusing to give me attorney access. Took my vehicle without warrant or probable cause. The initial interaction had me and my family terrified to the point I felt I was going to pass out. I did everything I could to keep from passing out but the more the officers screamed on the loud speakers I thought I was going to be shot. I was scared to recieve medical treatment because the officers lied to get a warrant from the judge for blood and urine and thats the first thing the nurse asked for was urine. Never cuffed me to the bed instead I just lay with my hands behind my back for hours. Trying to lay where the hand cuffs wouldn't cut my wrist. Even when first being hand cuffed the officers pulled me up while I was unconcious telling me to get up when I wasn't coherent. I found this all out by cam cord footage from the officers. The officers wouldn't let me even stand up to stretch my legs. After hours of being cuffed behind my back, kept pushing me down. I asked for my attorney over 15 x's the officer even told me no. Upon taking me to jail the officers where corroborating stories that never happened. I was taken to St Josephs hospital but for urine and blood. After being cuffed and questioned 5 I for got to mention thats where I was held the 3 or 4 hrs after the illegal stop!

officers were so aggressive I fell thats when I appeared to hit my head and pass out. The officers never called for medical treatment. It took about 20 mins before I really was able to get back to my sences. The officer lied about the whole incident and wrote tickets that were dismissed. Officer Cody Followell lied to get a warrant and lied on me and arrested me for the following Citation #286429 - Driving while licence Revoked, Citation #287000 - Driving the wrong way down a one way street, Citation #286999, Citation #286430 - fleeing and eluding, Citation 286998 Driving Under the influence - Aggravated Driving Under the Influence - Threatning a Public official - Endangering the life and Health of a child x 2, obstructing Justice. Because of this officers lies my child a minor Elijah Brown, my nephew Anthony Davis a minor had guns pulled on them hand cuffed for hrs forced to be frisked and on their knees.

②. Officer Bryan McCall - BDP, ID #12416 This officer assisted Cody Followell from the start of the arrest to the end. He also took my Vehicle without any proof of any of the charges also without being the arresting officer. He assulted me in the hospital by pushing me down on the hospital bed. I asked him several times to please loosen the hand cuff and he placed them in a position that the pain would eventually be worse than before. It cut off my blood flow now my nails are dark like it's no blood flow to this day and numbness also. He's also the one who picked me off the ground and didn't call for medical assistance while I was unconscious and handcuffed like a wild hog. Also the vehicle was taken without a warrant or a trial.

6

③ Officer Mitchell Filarski - BPD, ID # 11876 Also arrived on the seen and pulled guns on me my children and he lied on his police report.

Officer had weapons on my underage kids and detained my family for hrs with no Probable Cause. The handcuffs were hurting my underage passengers. Officer also failed to administer first Aid for me, or call Ambulance to provide medical treatment. These officers detained my children when no laws were broken. Or no threat so they were unlawfully detained

④ Officer Jeff Linden was one of the officers that placed the handcuffs on my nephew and helped detain my son Elijah Brown with out reason.

⑤ Officer Hunter Clark BDP 11497 assisted officers with pulling weapons on my underage children pulling them out the car putting them on there knees for an illegal traffic stop. ⑥ Officer Anna leaner BDP 11478 ⑦ Assisted in the Illegal arrest and detention myself my son Elijah Brown, Anthony Davis Minors under my care ⑧ Officer Nicholas Vanwaes BDP 12527 Helped in the Illegal Detention and arrest of myself my son Elijah brown my nephew Anthony Davis ⑨ Taylor Hall at BDP 12105 Helped in the Illegal arrest and detention of myself my son Elijah Brown, my nephew Anthony Davis ⑩ State Attorney Don Knapp office illegally procicuted this case using false evidence knowing my rights were violated. Jon Sandage sheriff illegally detained me for months to date. Todd McClusky lied to Grand Jury using Illegal evidence.

7

## RELIEF REQUESTED

(State what relief you want from the court.)

monetary relief of 25,000 a day for inprisonment, 5 million for Harassment and intimidation. Cost of vehicle taken 150$ a day it was in police investigation. The right to be free from malicious prosecution, malicious abuse and from unlawful search and seizure as provided by the 4th and 14th Amendment, a right to due process. All charges that violated my right to due process expunged off my record. A letter of apology to my family from all departments and Defendants for all violations of my civil rights and made them suffer.

**JURY DEMAND**   Yes ☒   No ☐

Signed this February day of 7th, 20 21.

(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Robert W. Ware | 130261083 |
| Address: 104 W. Front St Bloomington IL, 61761 | Telephone Number: (708) 573-2841 |

8



Robert Ware
104w Front st
Bloomington IL. 61701

Legal mail

LEGAL MAIL

United States District Court
Central District of Illinois
Office of the Clerk
Room 309
Federal Building 100. N.E. Monroe
Peoria, Illinois 61602