Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Robert Ware** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case Number: 21-1057 |
| | ) | |
| **Cody Followel, Bryan McCall,** | ) | |
| **Mitchell Filarski, Jeff Linden,** | ) | |
| **Taylor Hallatt, Nicholas Vanwaes,** | ) | |
| **Anna Legner, Hunter Clark,** | ) | |
| **Jon Sandage, Don Knapp, David Fitt,** | ) | |
| **Bloomington Police Department,** | ) | |
| **Todd McClusky, McLean County,** | ) | |
| **McLean County State Attorneys Office.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Robert Ware's action against Defendants Cody Followel, Bryan McCall, Mitchell Filarski, Jeff Linden, Taylor Hallatt, Nicholas Vanwaes, Anna Legner, Hunter Clark, Jon Sandage, Don Knapp, David Fitt, Bloomington Police Department, Todd McClusky, McLean County, Mclean County State Attorneys Office is dismissed.

**Dated: 5/20/2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court